# LEVENTHAL & KLEIN, LLP
### ATTORNEYS AT LAW
### 45 MAIN STREET, SUITE 230
### BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ADMITTED IN NY & NJ

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

April 29, 2008

**MEMO ENDORSED**

*Adjourned to 6/13/08, 9:00 am*
*So Ordered*
*4/30/08  Charles L. Brieant*
*USDJ*

**BY FAX (914) 390-4085**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:  Karriem Smith v. City of Yonkers, et al., 08 CV 1835 (CLB)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write to request an adjournment of the initial conference scheduled for Friday, May 2, 2008 at 9:30 a.m. The reason for this request is that we are still in the process of serving the defendants. This is plaintiff's first such request. We would request thirty to forty five days to allow for completion of service and for the defendants to file responsive pleadings, or such other amount of time as the Court deems appropriate under the circumstances.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein