# LEVENTHAL & KLEIN, LLP
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ADMITTED IN NY & NJ

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

May 1, 2008

**BY FAX (914) 390-4085**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

   Re: <u>Karriem Smith v. City of Yonkers, et al.</u>, 08 CV 1835 (CLB)

Your Honor:

  I represent the plaintiff in the above-referenced civil rights action. I write to acknowledge receipt of a message from chambers confirming that the initial conference will be adjourned from May 2, 2008 at 9:30 to June 13, 2008 at 9:30 a.m.

  This letter is written to confirm that because the defendants have not yet been served, we are unable to confirm this adjournment with defense counsel.

  Upon service of the defendants, which is in the process of being completed, we will immediately notify defendants' counsel when they become known to us.

  Thank you for your consideration.

           Respectfully submitted,

           */s/ Brett H. Klein*

           Brett H. Klein