AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern **District of** New York

KARRIEM SMITH

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF YONKERS, CITY OF YONKERS
POLICE DEP'T, JOHN AND JANE DOES 1-10

CASE NUMBER:

TO: (Name and address of Defendant)

CITY OF YONKERS POLICE DEPARTMENT
104 South Broadway
Yonkers, New York 10701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, New York 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 2 2 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 12, 2008 at 10:04AM |
| NAME OF SERVER (PRINT) Jeff Campolo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 104 South Broadway Yonkers, NY 10701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.O. Vachna #998, being Authorized to Accept legal papers. M,W, Br, 52, 5'7, 155

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 16, 2008        X _____ Jeff Campolo
               Date                  Signature of Server

5 Darian Court Pomona NY 10970
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.